## BURNS v. STATE.
### No. 24396.

Court of Criminal Appeals of Texas.
June 8, 1949.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted of the offense of assault to murder and assessed a penalty of three years in the penitentiary.

The record, as brought forward, contains neither bills of exceptions nor a statement of facts. The proceedings appearing regular, and nothing being presented for review, the judgment of the trial court is affirmed.